**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6171**

CARNELL HUNNICUTT,

                          Plaintiff - Appellant,

        versus

WILLIAM SONDERVAN; FRANK SIZER, JR.; PATRICK
CONROY; HAROLD AXELROD; JAMES PEGUESE; JON
GALLEY; CAPTAIN REITZEL; CALVIN JONES; R.
WILLS; T. L. RIGGLEMAN, being sued in their
official and individual capacities; STATE OF
MARYLAND, DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES; W. T. MULLEN; NANCY
WILLIAMS; SHAVELLA WATKINS; MARY ANN SAAR, all
being sued in their official and individual
capacities; STATE OF MARYLAND DEPARTMENT OF
CORRECTIONS,

                          Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-04-
2073-1-AMD)

Submitted: March 28, 2005          Decided: April 8, 2005

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carnell Hunnicutt, Appellant Pro Se. Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carnell Hunnicutt appeals a district court order granting the Defendants summary judgment and dismissing his complaint under 42 U.S.C. § 1983 (2000) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1(a) (2000). We have reviewed the record and the district court's order and memorandum and affirm for the reasons stated by the district court. See Hunnicutt v. Maryland Dep't of Corr., No. CA-04-2073-1-AMD (D. Md. Jan. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED